1  DONALD MASUDA, State Bar No. 096560
   Law Office of Donald Masuda
2  2214 21st Street
   Sacramento, California 95818
3  Telephone: (916) 456-3030

4  Attorney for Defendant
   MITCHELL CHANG

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              **Case No. 2:08-cr-00544-GEB-1**

                Plaintiffs,               **STIPULATION AND ORDER**
12                                        **(PROPOSED)**

13

14 MITCHELL CHANG,

                Defendant.
15 _____/

16

17         It is hereby stipulated and agreed to by the United States of America

18 through MICHAEL M. BECKWITH and OLUSERE OLOWOYEYE, Assistant United

19 States Attorneys, defendant KELLY LIANG, by and through her attorney, KRESTA

20 NORA DALY, and defendant MITCHELL CHANG, by and through his attorney,

21 DONALD MASUDA, that the status conference set for Friday, August 9, 2013, be

22 continued to a status conference on Friday, November 8, 2013, at 9:00 a.m.

23         This continuance is being requested because defense counsel need time to

24 prepare for trial, to review discovery, and to interview witnesses.  The discovery already

25 presented to the defendants in this case is voluminous and comprises numerous cd's and

26 hundreds of pages of investigative reports.

27         Furthermore, the parties stipulate and agree that the interests of justice

28                                         1
   _____
   STIPULATION AND ORDER

1  served by granting this continuance outweigh the best interests of the public and the

2  defendant in a speedy trial.  (18 U.S.C. §3161(h)(A)).

3              Speedy trial time is to be excluded from the date of this order through the

4  date of the status conference set for November 8, 2013, pursuant to 18 U.S.C. §

5  3161(h)(7)(B)(iv) (reasonable time to prepare) (Local Code T4).

6  Dated: August 5, 2013

7                                    Respectfully submitted,

8

9                                    /s/ Donald Masuda

10                                   _____
                                     DONALD MASUDA
                                     Attorney for Defendant
11                                   MITCHELL CHANG

12
                                     /s/ Donald Masuda for
13
                                     _____
                                     KRESTA NORA DALY
14                                   Attorney for Defendant
                                     KELLY LIANG
15

16                                   /s/ Donald Masuda for

17                                   _____
                                     MICHAEL M. BECKWITH
                                     Assistant U.S. Attorney
18

19                                   /s/ Donald Masuda for

20                                   _____
                                     OLUSERE OLOWOYEYE
                                     Assistant U.S. Attorney
21

22

23                                   **ORDER**

24              Based upon the stipulation of the parties and good cause there appearing

25  therefrom, the Court hereby finds that the failure to grant a continuance in this case would

26  deny defense counsel reasonable time necessary for effective preparation, taking into

27  account the exercise of due diligence.  The Court specifically finds that the ends of justice

28                                    2

STIPULATION AND ORDER

1   served by the granting of such continuance outweigh the interests of the public and the

2   defendant in a speedy trial.  Based upon these findings and pursuant to the stipulation of

3   the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

4   Time is excluded from computation of time within which the trial of this matter must be

5   commenced beginning from the date of the stipulation through and including November

6   8, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (reasonable time for defense

7   counsel to prepare and Local Code T4.  A new status conference date is hereby set for

8   November 8, 2013, at 9:00 a.m.

9   Dated:  August 7, 2013

10

11   _____

12   GARLAND E. BURRELL, JR.
     Senior United States District
13   Judge

14

15

16

17

18

19

20

21

22

23

24

25

26                                            3

27   _____
     STIPULATION AND ORDER

28