BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MITCHELL CHANG, AND KELLY LIANG, <br><br> Defendants. | CASE NO. 2:08-CR-0544 GEB <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER <br><br> DATE: January 17, 2014 <br> TIME: 9:00 a.m. <br> COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on January 17, 2014.

2. By this stipulation, defendants now move to continue the status conference until February 28, 2014, and to exclude time between January 17, 2014, and February 28, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes 898 pages of batestamped investigative reports and other documents in electronic form. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants desire additional time to consult with their clients, continue to review discovery for this matter and discuss potential resolutions with their respective clients.

      c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 17, 2014 to February 28, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

STIPULATION RE: SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 14, 2014     BENJAMIN B. WAGNER
                            United States Attorney

                            /s/ OLUSERE OLOWOYEYE
                            OLUSERE OLOWOYEYE
                            Assistant United States Attorney

Dated: January 14, 2014     /s/ DONALD MASUDA by email approval
                            DONALD MASUDA
                            Counsel for Defendant
                            MITCHELL CHANG

Dated: January 14, 2014     /s/ KRESTA DALY by email approval
                            KRESTA DALY
                            Counsel for Defendant
                            KELLY LIANG

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: January 15, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge