DONALD MASUDA, State Bar No. 096560
Law Office of Donald Masuda
2214 21st Street
Sacramento, California 95818
Telephone: (916) 456-3030

Attorney for Defendant
MITCHELL CHANG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    **Case No. 2:08-cr-00544-GEB-1**

             Plaintiffs,                    **STIPULATION AND ORDER**
**(PROPOSED)**

MITCHELL CHANG, Sure

             Defendant.
_____/

       It is hereby stipulated and agreed to by the United States of America

through MICHAEL M. BECKWITH and OLUSERE OLOWOYEYE, Assistant United

States Attorneys, defendant KELLY LIANG, by and through her attorney, KRESTA

NORA DALY, and defendant MITCHELL CHANG, by and through his attorney,

DONALD MASUDA, that the status conference set for Friday, February 28, 2014, be

continued to a status conference on Friday, March 14, 2014, at 9:00 a.m.

       This continuance is being requested because defense counsel need time to

prepare for trial, to review discovery, and to interview witnesses.  The discovery already

presented to the defendants in this case is voluminous and comprises numerous cd's and

hundreds of pages of investigative reports.

       Furthermore, the parties stipulate and agree that the interests of justice

served by granting this continuance outweigh the best interests of the public and the

defendant in a speedy trial.  (18 U.S.C. §3161(h)(A)).

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for March 14, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (reasonable time to prepare) (Local Code T4).

Dated: February 25, 2014

Respectfully submitted,


/s/ Donald Masuda

DONALD MASUDA
Attorney for Defendant
MITCHELL CHANG

/s/ Donald Masuda for

KRESTA NORA DALY
Attorney for Defendant
KELLY LIANG

/s/ Donald Masuda for

_____
MICHAEL M. BECKWITH
Assistant U.S. Attorney

/s/ Donald Masuda for

OLUSERE OLOWOYEYE
Assistant U.S. Attorney


**ORDER**

Based upon the stipulation of the parties and good cause there appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would

deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice

served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based upon these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including March 14, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (reasonable time for defense counsel to prepare and Local Code T4.  A new status conference date is hereby set for March 14, 2014, at 9:00 a.m.

Dated: February 25, 2104

GARLAND E. BURRELL, JR.
Senior United States District Judge