DONALD MASUDA, State Bar No. 096560
Law Office of Donald Masuda
2214 21st Street
Sacramento, California 95818
Telephone: (916) 456-3030

Attorney for Defendant
MITCHELL CHANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-00544-GEB-1 |
| Plaintiffs, | **STIPULATION AND ORDER (PROPOSED)** |
| MITCHELL CHANG, | |
| Defendant. _____/ | |

      It is hereby stipulated and agreed to by the United States of America through OLUSERE OLOWOYEYE, Assistant United States Attorney, and defendant MITCHELL CHANG, by and through his attorney, DONALD MASUDA, that the sentencing hearing set for Friday, August 15, 2014, be continued to Friday, October 24, 2014, at 9:00 a.m.

      Further, the parties agree and stipulate that a hearing for modification of the plea agreement be set for Friday, August 15, 2014, at 9:00 a.m.  This hearing is being requested because the original plea agreement that the United States of America and Mr. Mitchell Chang entered into on March 21, 2014, was erroneous as it was not made in

//////

reference to the correct charging pleading.  While the terms of the agreement will not be altered, the basis for the plea must be corrected.

Dated: July 16, 2014

                                                  Respectfully submitted,

/s/ Donald Masuda

DONALD MASUDA
Attorney for Defendant
MITCHELL CHANG

/s/ Donald Masuda for

OLUSERE OLOWOYEYE
Assistant U.S. Attorney

**ORDER**

Based upon the stipulation of the parties and good cause there appearing therefrom, the Court hereby finds that it is necessary to conduct a hearing to correct the plea agreement that was entered into on March 21, 2014.  The parties are to appear for hearing on the modification of the plea agreement on Friday, August 15, 2014, at 9:00 a.m.  Further, the sentencing on the corrected plea agreement is reset to October 24, 2014, at 9:00 a.m.

Dated:  July 29, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND ORDER

1

2
_____
STIPULATION AND ORDER