DONALD MASUDA, State Bar No. 096560
Law Office of Donald Masuda
2214 21st Street
Sacramento, California 95818
Telephone: (916) 456-3030

Attorney for Defendant
MITCHELL CHANG

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiffs,<br><br>MITCHELL CHANG,<br>Defendant.<br>_______________________/ | **Case No. 2:08-cr-00544-GEB-1**<br><br>**STIPULATION AND ORDER (PROPOSED)** |

It is hereby stipulated and agreed-to by the United States of America through OLUSERE OLOWOYEYE, Assistant United States Attorney, and defendant MITCHELL CHANG, by and through his attorney, DONALD MASUDA, that the sentencing hearing set for Friday, November 7, 2014, be continued to Friday, December 12, 2014, at 9:00 a.m.

The Court referred the matter to the probation officer and set a schedule for disclosure and objections to the Pre-Sentence Report (PSR) on August 22, 2014. Defense counsel is requesting this continuance of the sentencing hearing to December 12, 2014, and requests that the schedule for filing a Motion for Correction of the Pre-Sentence

Report be amended as set forth below. The United States, by and through Assistant U. S.

Attorney Olusere Olowoyeye, does not oppose the request. Additionally, the assigned probation officer has been contacted and is available on the requested sentencing date.

This request is made on the basis that since receiving the Pre-Sentence Report defense counsel has been engaged in a state court trial and needs the additional time to file his Motion for Correction. Defense counsel needs time to further consult with Mr. Chang regarding the information in the PSR to determine whether or not a Motion for Correction is warranted. The request for the continuance and amendment of the schedule is based on defense counsel's need for additional preparation time.

The requested modified Schedule for Disclosure of Pre-Sentence Report and for Filing of Objections to the Pre-Sentence Report follows:

Motion for Correction of PSR
(Filed with Court and Counsel)
No later than: November 21, 2014

Reply or Statement of No Opposition: November 28, 2014

Defendant has entered a plea, thereby tolling time under the Speedy Trial Act (18 U.S.C. § 3161.)

Dated: November 4, 2014

Respectfully submitted,

/s/ Donald Masuda

DONALD MASUDA
Attorney for Defendant
MITCHELL CHANG

/s/ Donald Masuda for

OLUSERE OLOWOYEYE
Assistant U.S. Attorney

**ORDER**

UPON THE STIPULATION OF THE PARTIES AND GOOD CAUSE THERE APPEARING, the Court hereby orders that the Sentencing Hearing is continued to December 12, 2014. It is further ordered that the Schedule for Disclosure of Pre-Sentence Report and for Filing of Objections to the Pre-Sentence Report is modified as requested by and agreed-to by the parties.

Dated: November 5, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge

3

STIPULATION AND ORDER